UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILHELMINA A. BENSON                    Case No. 2:18-cv-00092-JES-MRM

         Plaintiff,
vs.

WAL-MART ASSOCIATES, INC. a/k/a
WALMART SUPER CENTER LABELLE

         Defendant.
_____/

## NOTICE OF CHANGE OF ATTORNEY OF RECORD

Please be advised that while the law firm of LIEBLER, GONZALEZ & PORTUONDO ("LGP") is still the law firm representing Defendant, WAL-MART ASSOCIATES, INC. a/k/a WALMART SUPER CENTER LABELLE, in the above-referenced matter. CHRISTINE M. MANZO, ESQ and CARMEN RODRIGUEZ, ESQ. (*Of Counsel* Liebler, Gonzalez & Portuondo) are now counsel of record. CHAD K. LANG, ESQ. is no longer assigned to this matter, and should be removed as counsel of record.

### DESIGNATION OF E-MAIL ADDRESSES
### PURSUANT TO FLA. R. JUD. ADMIN. 2.516(b)(1)(A)

The undersigned law firm hereby designates, pursuant to Rule 2.516, the following e-mail addresses for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding.  **Service is to be made to each and every email address listed in this designation**:

Primary E-Mail Address: service@lgplaw.com
Secondary E-Mail Addresses: cmm@lgplaw.com; crpa@crlaborlawfirm.com and ytc@lgplaw.com

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

CASE NO.: 18-cv-92-JES-29MRM

          **LIEBLER, GONZALEZ & PORTUONDO**
*Attorneys for Defendant*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
service@lgplaw.com
cmm@lgplaw.com

By: /s/ Christine M. Manzo
    CHRISTINE M. MANZO
    Florida Bar No. 52121

    CARMEN RODRIGUEZ
    Florida Bar No. 710385
    Law Offices of Carmen Rodriguez, P.A.
    *Of Counsel Liebler, Gonzalez & Portuondo*
    Email address:  crpa@crlaborlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

          /s/ Christine M. Manzo, Esq.
**SERVICE LIST**          CHRISTINE M. MANZO

Zandro E. Palma, Esq.
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
zep@thepalmalawgroup.com